```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 05 B 55779
   LARRY MOULTON
                                            CHAPTER 13

                                            JUDGE: BRUCE W BLACK

         Debtor
   SSN XXX-XX-0236
```

---
                TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 10/14/05 and confirmed on 03/31/06.

   2.  The case was dismissed after confirmation, 04/25/2008.

   3.  The Debtor paid a total of $  35700.00 .

   4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| COUNTRYWIDE FINANCIAL | CURRENT MORTG | .00 | .00 | .00 |
| COUNTRYWIDE FINANCIAL | MORTGAGE ARRE | 4353.13 | .00 | 3452.12 |
| HSBC MORTGAGE CORP | SECURED | .00 | .00 | .00 |
| HSBC MORTGAGE CORP | MORTGAGE ARRE | 3916.99 | .00 | 3072.41 |
| CENTER CAPITAL CORP | SECURED | 8166.00 | 1009.66 | 6344.60 |
| CENTER CAPITAL CORP | SECURED | 1220.00 | 150.88 | 947.89 |
| FORD MOTOR CREDIT CO | SECURED | 17014.31 | 2566.94 | 12960.97 |
| ROGERS & HOLLAND | SECURED | 2000.00 | 247.30 | 1553.90 |
| ILLINOIS DEPT REVENUE | PRIORITY | 1732.77 | .00 | .00 |
| INTERNAL REVENUE SERVICE | PRIORITY | 9802.41 | .00 | .00 |
| AMERICAN GENERAL FINANCE | UNSECURED | 4602.57 | .00 | .00 |
| ASPIRE VISA | UNSECURED | 2111.03 | .00 | .00 |
| BANK ONE NA RAL DIVISION | UNSECURED | 764.00 | .00 | .00 |
| B LINE LLC | UNSECURED | 1302.37 | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| AMOCO OIL CO | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 3801.47 | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| SMC | UNSECURED | 4121.31 | .00 | .00 |
| CITIFINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| CITIFINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| THE CHICAGO DEPT OF REVE | UNSECURED | 100.00 | .00 | .00 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |
| ENT SURGICAL ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| FIRST MIDWEST BANK | UNSECURED | 898.74 | .00 | .00 |
| FRED MEYERS JEWELERS | UNSECURED | NOT FILED | .00 | .00 |
| WHITEHALL JEWELERS | UNSECURED | NOT FILED | .00 | .00 |

```
GMAC PAYMENT CENTER        UNSECURED      NOT FILED              .00          .00
GRANGE MUTUAL              UNSECURED      NOT FILED              .00          .00
HARRIS BANK JOLIET         UNSECURED        1253.74              .00          .00
HARVARD COLLECTION SERVI   UNSECURED      NOT FILED              .00          .00
HINSDALE ORTHOPAEDIC ASS   UNSECURED      NOT FILED              .00          .00
JC PENNEY                  UNSECURED      NOT FILED              .00          .00
JAGUAR CREDIT CORP         UNSECURED       24502.62              .00          .00
LUCENTA TIRE INC           UNSECURED      NOT FILED              .00          .00
FUTURE FINANCE             UNSECURED         484.00              .00          .00
MCI                        UNSECURED      NOT FILED              .00          .00
NATIONAL QUIK CASH         UNSECURED      NOT FILED              .00          .00
PERSONAL FINANCE           UNSECURED        7419.87              .00          .00
ECAST SETTLEMENT CORP      UNSECURED         585.82              .00          .00
RETAILERS NATL BANK        UNSECURED      NOT FILED              .00          .00
RETAILERS NATL BANK        UNSECURED      NOT FILED              .00          .00
SAMS                       UNSECURED      NOT FILED              .00          .00
SILVER CROSS HOSPITAL      UNSECURED      NOT FILED              .00          .00
USA PAYDAY LOANS           UNSECURED      NOT FILED              .00          .00
RESURGENT CAPITAL SERVIC   UNSECURED       11025.22              .00          .00
RESURGENT CAPITAL SERVIC   UNSECURED        2750.56              .00          .00
ZALES                      UNSECURED      NOT FILED              .00          .00
CITY OF JOLIET             UNSECURED         120.00              .00          .00
CITY OF JOLIET             UNSECURED          40.00              .00          .00
CITY OF JOLIET             UNSECURED          70.00              .00          .00
CITY OF JOLIET             UNSECURED         120.00              .00          .00
ILLINOIS DEPT REVENUE      UNSECURED         252.86              .00          .00
INTERNAL REVENUE SERVICE   UNSECURED        2709.16              .00          .00
CENTER CAPITAL CORP        UNSECURED         360.81              .00          .00
ROGERS & HOLLAND           UNSECURED        2724.62              .00          .00
     Summary of disbursements:
-------------------------------------------------------------------------------
                    SECURED      PRIORITY    UNSECURED       OTHER       TOTAL
-------------------------------------------------------------------------------
TOTAL CLMS ALLOWED  36670.43     11535.18     72120.77         .00    120326.38
PRINCIPAL PAID      28331.89          .00          .00         .00     28331.89
INTEREST PAID        3974.78          .00          .00         .00      3974.78
TOTAL PAID          32306.67          .00          .00         .00     32306.67
```

The Debtor's attorney, JOHN A REED                  , was allowed $   3133.75
and was paid $   1006.00  direct and $   2127.75  through the plan.

The Trustee received $   1265.58 .

Refunds to the Debtor totaled $        .00 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 07/21/08                    /S/
                                GLENN STEARNS
                                CHAPTER 13 TRUSTEE

```
                              PAGE  3
CASE NO. 05 B 55779 LARRY MOULTON
```